IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR-05-0161-E-BLW |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM DECISION** |
| v. | ) | **AND ORDER** |
| | ) | |
| RAYMOND CHASTEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**MEMORANDUM DECISION**

At the pretrial conference in this case, the defendant's counsel made a motion for continuance. The Court denied the motion from the bench.

The Court has already granted four continuances, the last one three months ago. At that time, the Court admonished counsel that no further continuances would be allowed and that the Government was to immediately provide the defendant with all documents. The Government promptly complied and the defendant has had three months to study those documents.

Defense counsel complains, however, that his client has not made himself available to discuss the documents. No other reason for a continuance was

**Memorandum Decision and Order – Page 1**

advanced.  The client's decision to remain far from his counsel and not assist in trial preparation – despite knowing that further continuances would not be granted – was a decision of his own making.  More than enough time to study the documents has been granted to the defense.  This case is not complex enough to warrant yet another continuance.

The Speedy Trial Act protects the administration of justice and the rights of the public as well as the defendant.  The intent and design of the Act is not furthered by additional continuances in this case.  For all of these reasons, and those expressed from the bench, the Court denied the motion.

## ORDER

For the reasons expressed in the Memorandum Decision set forth above,

NOW THEREFORE IT IS HEREBY ORDERED, that the oral motion to continue trial is DENIED.

DATED:  **August 30, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court